IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| GEORGE W. BOWERS, individually and as Trustee of the Joyce Bowers Living Trust,<br><br>Plaintiff,<br>v.<br><br>NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>Defendant. | *<br>*<br>*   Case No. 3:17-cv-44-CDL<br>*<br>*<br>* |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 7, 2018, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 7th day of June, 2018.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk